Form 1A

Notice of Appeal to a Court of Appeals
From a Judgment of a District Court

United States District Court for the <u>Northern</u> District of <u>Georgia</u>

Docket Number <u>1:22-cv-03289-TWT</u>

| | |
|---|---|
| Katie Chubb, et al., Plaintiffs<br><br>v.<br><br>Caylee Noggle, et.al, Defendants | Notice of Appeal |

<u>All Plaintiffs</u> appeal to the United States Court of Appeals for the <u>11th</u> Circuit from the final judgment entered on <u>02-24-2023</u> and the order entered on <u>07-11-2023</u>.

(s) <u>Joshua W. Polk</u>
Attorney for Plaintiffs
Address: PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
JPolk@pacificlegal.org