# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12364

_____

KATIE CHUBB,
AUGUSTA BIRTH CENTER, INC.,

                                          Plaintiffs-Appellants,

versus

COMMISSIONER FOR THE GEORGIA DEPARTMENT OF COMMUNITY HEALTH,
INTERIM EXECUTIVE DIRECTOR, HEALTH PLANNING,
CHAIRMAN OF THE BOARD OF COMMUNITY HEALTH,

                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                    Order of the Court                    23-12364

D.C. Docket No. 1:22-cv-03289-TWT

_____

ORDER:

Joint Motion to Dismiss Appeal is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION